■ In the Matter of CHARLES N. F., JR., Appellant, v TERRY R. F., Respondent. (Appeal No. 1.) [689 NYS2d 920] —Appeal unanimously dismissed without costs. Memorandum: This appeal from an order denying petitioner custody of the parties' son is rendered moot by petitioner's subsequent stipulation to an award of custody to respondent (*cf., Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). (Appeal from Order of Erie County Family Court, Townsend, J.—Custody.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ In the Matter of CHARLES N. F., JR., Appellant, v TERRY R. F., Respondent. (Appeal No. 3.) [689 NYS2d 919] —Order unanimously affirmed without costs. Memorandum: Petitioner

contends that the determination that he was the author of the writing constituting the basis for the protective order is contrary to the weight of the evidence. That contention is without merit (*see*, CPLR 4536; *Matter of Thomas v Coughlin*, 145 AD2d 695, 696). (Appeal from Order of Erie County Family Court, Townsend, J.—Order of Protection.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.